IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSE CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>ABLE PLANET, INCORPORATED,<br><br>        Defendant. | Civil Action No. 1:13-cv-10777 |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereto, through counsel, stipulate to the dismissal, with prejudice, of all claims relating to United States Patent No. 7,412,070 and United States Reissued Patent No. 43,939, with all rights of appeal being waived and each party to bear its own attorneys' fees and costs, and stipulate to the dismissal, without prejudice, of all claims relating to United States Patent No. 7,970,159.

Respectfully submitted on August 22, 2013.

| **Bose Corporation** | **Able Planet, Incorporated** |
|---|---|
| By its attorney, | By its attorney, |
| *s/ Craig R. Smith* | *s/ Daniel P. Tighe* |
| Craig R. Smith (BBO # 636723) | Daniel P. Tighe |
| Lando & Anastasi, LLP | Prince Lobel Tye LLP |
| One Main Street | 100 Cambridge Street |
| Cambridge, MA 02142 | Boston, MA 02114 |
| Tel: 617-395-7000 | Tel: 617-456-8000 |
| Fax: 617-395-7070 | Fax: 617-456-8100 |
| CSmith@LALaw.com | Email: dtighe@princelobel.com |

## CERTIFICATE OF SERVICE

I certify that on August 22, 2013, I filed a true and correct copy of the foregoing using the Court's CM/ECF electronic filing system which will serve the same upon all counsel of record.

/s/ Craig R. Smith
Craig R. Smith